# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Pedro Ramos, Catalina B. Ramos, as an individual and as Guardian Ad Litem for K.R., minor, The Fair Housing Council of San Diego, Inc.,

vs

Fritz Newman dba El Camino 76 Mobile Estates, G.N. Sellers III, dba N.A.P. Consulting, Inc., Adele Teal,

FILED
08 JAN -4 PM 3:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDV  DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0026 JM JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Law Office of Clifford A. Dover
1634 Fern Street
San Diego, CA 92102

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | JAN - 4 2008 |
|---|---|
| CLERK | DATE |

By P. DELA CRUZ, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)