```
LAW OFFICE OF CLIFFORD A. DOVER SBN 169838
1634 Fern Street
San Diego, CA 92102
(619) 677-2967
facsimile (615) 694-2967

Attorney for Plaintiffs
```

FILED
08 JAN -4 PM 3: 19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

U.S. DISTRICT COURT

SOUTHERN DISTRICT - COUNTY OF SAN DIEGO

'08 CV 0026 JM JMA

| | |
|---|---|
| PEDRO RAMOS, CATALINA B. RAMOS, as an individual and as Guardian Ad Litem for K.R., minor, The FAIR HOUSING COUNCIL OF SAN DIEGO, INC., Plaintiffs, <br><br> vs. <br><br> FRITZ NEWMAN dba EL CAMINO 76 MOBILE ESTATES, G.N. SELLERS, III, dba N.A.P. CONSULTING INC., ADELE TEAL, <br><br> Defendants. | Case No. <br><br> PETITION FOR GUARDIAN AD LITEM |

Petitioner, CATALINA RAMOS, represents:

1. I am the natural mother of K.R., who was born in 1998 ("minor child").

2. The minor child is a named Plaintiff in the underlying action herein. The allegations of the Complaint relate to

1  violations of state and federal fair laws which prohibit
2  discrimination in housing based on disability.  The minor child
3  suffers from autism.
4      3.  No previous petition for appointment of a Guardian
5  Ad Litem has been filed in this action.
6      4.  Petitioner is the custodial parent of the minor
7  child, along with her husband, plaintiff Pedro Ramos, and is
8  competent and willing to act as Guardian Ad Litem for the minor
9  child.  Petitioner will act solely in the best interests of the
10 minor child, and there are no real nor apparent divergent interests
11 between the Petitioner and the minor child or any other named
12 Plaintiff in this action.  Petitioner and her husband are expected
13 to make decisions for and on behalf of the minor child throughout
14 her lifetime, based on the nature of her disability.  However, in
15 the unlikely event that any conflict were to arise, Petitioner and
16 counsel will seek separate legal counsel for the minor child.
17     WHEREFORE, Petitioner prays that she be appointed as
18 Guardian Ad Litem for the minor child.
19     I declare under penalty of perjury under the laws of the
20 United States that the foregoing is true and correct.
21
22 Dated:    December 25, 2007.
23                                                                   Catalina Ramos
24
25
26
27
28