| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY |
|---|---|---|
| **TITLE OF CASE (ABBREVIATED):**<br>RAMOS v NEWMAN | | |
| **ATTORNEY(S) NAME AND ADDRESS:**<br>JOSEPH FOX, Bar No. 57036<br>MARY M. HOWELL, Bar No. 71272<br>CARRIE M. TIMKO, Bar No. 238268<br>Epsten Grinnell & Howell<br>9980 Carroll Canyon Rd., Ste. 200<br>San Diego, California 92131<br>JFOX@EPSTEN.COM | **TELEPHONE**<br>(858) 527-0111<br><br>**FACSIMILE**<br>(858) 527-1531 | |
| **ATTORNEYS FOR:**<br>Defendants FRITZ NEUMANN (erroneously sued herein as "Fritz Newman") dba EL CAMINO 76 MOBILE ESTATES; G.N. SELLERS III, dba N.A.P. CONSULTING, INC.; and ADELE TEAL | **HEARING: DATE-TIME-DEPT**<br><br>Assigned for all purposes to:<br>Judge Jeffrey T. Miller, Ctrm 16<br>Magistrate Judge Jan M. Adler, Ctrm D | **CASE NUMBER**<br>08 CV 0026 JM JMA |

## CERTIFICATE OF SERVICE

I, Diana L. Holslag, declare: that I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 9980 Carroll Canyon Rd., Ste. 200, San Diego, California 92131. On February 25, 2008 I served the following document(s) through the Electronic Case Filing system:

**ANSWER TO COMPLAINT FOR MONETARY, DECLARATORY, AND INJUNCTIVE RELIEF; AND DEMAND FOR TRIAL BY JURY**

on designated recipients (as currently maintained as of the date and time of this filing on the Electronic Case Filing system) through electronic transmission through the Electronic Case Filing system. Upon completion of said transmission of said documents, a Notice of Electronic Filing is generated to the filing party, the assigned jude3 and any registered user in the case.

I declare under penalty of perjury that the above is true and correct. Executed on February 25, 2008.

_____
Diana L. Holslag