1  JOSEPH FOX, Bar No. 57036
   MARY M. HOWELL, Bar No. 71272
2  CARRIE M. TIMKO, Bar No. 238268
   EPSTEN GRINNELL & HOWELL APC
3  9980 Carroll Canyon Rd., Suite 200
   San Diego, California  92131
4  (858) 527-0111/ Fax (858) 527-1531
   jfox@epsten.com; mhowell@epsten.com;
5  ctimko@epsten.com

6  **Attorneys for** Defendants FRITZ NEUMANN
   (erroneously sued herein as "Fritz Newman") dba
7  EL CAMINO 76 MOBILE ESTATES; G.N.
   SELLERS III, dba N.A.P. CONSULTING, INC.;
8  and ADELE TEAL

FILED

08 MAR -7  PM 12: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY                    
                      DEPUTY

9              **UNITED STATES DISTRICT COURT**

10            **SOUTHERN DISTRICT OF CALIFORNIA**

11

12  PEDRO RAMOS, CATALINA B.              CASE NO.  08 CV 0026 JM JMA
    RAMOS, as an individual and as
13  Guardian Ad Litem for K.R., minor, THE   Assigned for all purposes to:
    FAIR HOUSING COUNSEL OF SAN           Judge Jeffrey T. Miller, Ctrm 16
14  DIEGO, INC.,                          Magistrate Judge Jan M. Adler, Ctrm D

15            Plaintiffs,                 **SUBSTITUTION OF ATTORNEYS**

16       v.                              Complaint Filed:   January 4, 2008
                                         Trial Date:        None set
17  FRITZ NEWMAN dba EL CAMINO 76
    MOBILE ESTATES; G.N. SELLERS III,
18  dba N.A.P. CONSULTING, INC.; and
    ADELE TEAL,
19
             Defendants.
20

21       THE COURT AND ALL PARTIES ARE NOTIFIED THAT Defendant FRITZ

22  NEUMANN (erroneously sued herein as "Fritz Newman") dba EL CAMINO 76

23  MOBILE ESTATES makes the following substitution:

24       New legal counsel is attorney:

25       Joseph Fox, Esq.
         Branton & Wilson, APC
26       701 B Street, Suite 1255
         San Diego, CA 92101-8187
27       Telephone: (619) 236-1891
         Facsimile: (619) 236-8005
28       jfox@brantonwilson.com

524265v1

1

2    FRITZ NEUMANN (erroneously sued herein as "Fritz Newman") dba EL CAMINO 76

3    MOBILE ESTATES consents to this substitution.

4

5    Dated: _Feb 29-08_, 2008          _Fritz Neumann_

6                                       FRITZ NEUMANN (erroneously sued herein
                                        as "Fritz Newman") dba EL CAMINO 76
7                                       MOBILE ESTATES

8    I consent to this substitution.    EPSTEN, GRINNELL & HOWELL

9

10   Dated: _3/29_, 2008

11                                      By: Jon H. Epsten

12

13   I consent to this substitution.    BRANTON & WILSON

14   Dated: _3|5|08_, 2008

15                                      By: Joseph Fox

16

17

18

19

20

21

22

23

24

25

26

27

28

524265v1