UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RAMOS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FRITZ NEWMAN dba EL CAMINO 76 MOBILE ESTATES, et al.,<br><br>　　　　Defendants. | Case No. 08-CV-0026-JM (JMA)<br><br>**ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |

　　At the request of counsel, the Early Neutral Evaluation Conference previously scheduled to be held on April 1, 2008 at 10:00 a.m. is hereby VACATED. Instead, the an Early Neutral Evaluation Conference will be held on **April 29, 2008** at **10:00 a.m.** in the chambers of the Magistrate Judge Adler. The parties shall refer to the Court's February 26, 2008 Order for further information regarding the conference.

　　**IT IS SO ORDERED.**

DATED: March 10, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

08cv0026