# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RAMOS; CATALINA B. RAMOS, as an individual and as Guardian Ad Litem for K.R., minor; FAIR HOUSING COUNCIL OF SAN DIEGO, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FRITZ NEWMAN; G.N. SELLERS III, ADELE TEAL, <br><br> Defendant. | CASE NO. 08cv0026 JM(JMA) <br><br> ORDER GRANTING PETITION FOR GUARDIAN AD LITEM |

Plaintiff Catalina Ramos moves for leave of court to represent her minor child, K.R., in this Fair Housing Act action. For good cause shown, the court appoints Catalina Ramos as K.R.'s guardian ad litem.

**IT IS SO ORDERED.**

DATED: March 26, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:   All parties