UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RAMOS, et al., | ) Case No. 08-CV-0026-JM (JMA) |
| Plaintiffs, | ) **ORDER SCHEDULING TELEPHONIC** |
| v. | ) **CASE MANAGEMENT CONFERENCE** |
| FRITZ NEWMAN dba EL CAMINO 76 MOBILE ESTATES, et al., | ) |
| Defendants. | ) |

    Magistrate Judge Adler held an Early Neutral Evaluation Conference on April 30, 2008 at 10:00 a.m. Counsel and the parties appeared in person for the conference.

    **IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **June 4, 2008** at **9:00 a.m.** All counsel shall appear telephonically at this conference. The Court will initiate the conference call.

    **IT IS SO ORDERED.**

DATED: April 30, 2008

Jan M. Adler
U.S. Magistrate Judge

08cv0026