UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RAMOS, et al., ) | Case No. 08-CV-0026-JM (JMA) |
| ) | |
| Plaintiffs, ) | **ORDER FOLLOWING TELEPHONIC** |
| ) | **CASE MANAGEMENT CONFERENCE,** |
| v. ) | **SETTING RULE 26 COMPLIANCE AND** |
| ) | **NOTICE OF TELEPHONIC CASE** |
| FRITZ NEWMAN dba EL CAMINO 76 ) | **MANAGEMENT CONFERENCE** |
| MOBILE ESTATES, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On June 4, 2008 at 9:00 a.m., the Court convened a telephonic Case Management Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed by <u>July 14, 2008</u>;

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by <u>July 28, 2008</u>;

3. A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before <u>July 28, 2008</u> (the

parties should consult Rule 26(f) for the substance of the discovery plan);[1] and,

    4.  Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a telephonic Case Management Conference shall be held on **August 4, 2008** at **9:30 a.m.** before Magistrate Judge Adler. All counsel and unrepresented parties shall appear telephonically at this conference.  The Court will initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: June 4, 2008

                                               Jan M. Adler
                                               U.S. Magistrate Judge

---

[1] The proposed joint discovery plan may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.