# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

PEDRO RAMOS, CATALINA B. RAMOS,
as an individual and as Guardian Ad Litem
for K.R., minor, THE FAIR HOUSING
COUNCIL OF SAN DIEGO, INC.,

V.

FRITZ NEWMAN dba EL CAMINO 76
MOBILE ESTATES, G.N. SELLERS, III,
dba N.A.P. CONSULTING INC., ADELE
TEAL

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   08cv26 JM(JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiffs take nothing and that Defendants, and each of them, are entitled to judgment.........................
..............................................................................................................................................................

| November 12, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON November 12, 2009

.                                                                                                                  08cv26 JM(JMA)